IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Tamara Vance ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO: 10 CV 06324 |
| ) | |
| Bureau of Collection Recovery LLC ) | HONORABLE ROBERT M. DOW, JR. |
| ) | |
| Defendant, ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

NOW COMES Defendant BUREAU OF COLLECTION RECOVERY LLC ("BCR") by and through it attorneys, DAVID M. SCHULTZ, JAMES C. VLAHAKIS, and MATTHEW T. GLAVIN, and respectfully moves for an enlargement of time to and including November 30, 2010 in which to answer or otherwise plead to the Complaint in this matter. BCR's answer or other responsive pleading is currently due November 22, 2010. The enlargement of time is not intended for purposes of delay and no party will be prejudiced as a result of said enlargement. Plaintiff has no opposition to this motion.

Wherefore, BUREAU OF COLLECTION RECOVERY LLC respectfully requests that this Court enter an order extending the deadline by which Defendant must answer or otherwise plead to and including November 30, 2010.

Bureau of Collection Recovery LLC.

By: s/Matthew T. Glavin
    One of its Attorneys

David M. Schultz, Esq.
James C. Vlahakis, Esq.
Matthew T. Glavin, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000
Fax: (312) 704-3001
dschultz@hinshawlaw.com
jvlahakis@hinshawlaw.com
mglavin@hinshawlaw.com

130035688v1 0917686 07791