IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Tamara Vance** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 10 CV 06324 |
| | ) | |
| **Bureau of Collection Recovery LLC** | ) | HONORABLE ROBERT M. DOW, JR. |
| | ) | |
| Defendant, | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on November 19, 2010, I served this **Motion for Enlargement of Time** by filing it with the Court's CM/ECF system, which will make copies of the document available to all counsel of record.

By: /s/ Matthew T. Glavin

## Service List

Daniel a. Edelman, Esq.
Catherine Anne Ceko, Esq.
Cathleen M. Combs, Esq.
James O. Latturner, Esq.
Edelman, Combs, Latturner & Goodwin LLC
120 South LaSalle Street
18t Floor
Chicago, IL 60603
(312) 739-4200

130035688v1 0917686 07791