**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TAMARA VANCE, | ) | |
| on behalf of plaintiff and the class defined below, | ) ) | Judge Dow, Jr. |
| | ) | Magistrate Judge Kim |
| Plaintiff, | ) ) | 10cv6324 |
| v. | ) ) | |
| BUREAU OF COLLECTION RECOVERY LLC, | ) ) | |
| Defendant. | ) | |

**JOINT MOTION REQUESTING EXTENSION OF DATE ON WHICH DISMISSAL
CONVERTS TO A DISMISSAL WITH PREJUDICE**

The Parties request that the dismissal in this case be converted to a dismissal with prejudice on May 6, 2011 instead of on May 2, 2011. In support of their motion, the parties state as follows.

1. On April 18, 2011, pursuant to a stipulation filed by the parties, the Court entered a dismissal order that stated the dismissal in this case would convert to a dismissal with prejudice on May 2, 2011.

2. Due to unanticipated delay in consummating the settlement, the case will not be ready for dismissal until May 6, 2011.

3. Therefore, the parties request that the dismissal in this case be converted to a dismissal with prejudice on May 6, 2011 instead of on May 2, 2011.

WHEREFORE, the Parties request that the dismissal in this case be converted to a dismissal with prejudice on May 6, 2011 instead of on May 2, 2011.

1

        Respectfully submitted,

        s/ Catherine A. Ceko
        Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)